DECEMBER 3, 1973

No. 73–483. STURGIS ET AL. *v.* WASHINGTON ET AL. Appeal from D. C. W. D. Wash. Motion to dispense

1058

with printing jurisdictional statement granted. Judgment affirmed. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.